UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

           Plaintiff,      Case No. 20-cr-20362
                              (Related Case No. 22-cv-12142)

v.

                              Judith E. Levy
Jermario Keandre-Maurice      United States District Judge
McMiller,

                              Mag. Judge R. Steven Whalen
           Defendant.

_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 [41]

Before the Court is Defendant Jermario Keandre-Maurice McMiller's *pro se* motion under 28 U.S.C. § 2255. (ECF No. 41; *see* ECF No. 47 (Defendant's supplemental filing).) The government responded to the motion. (ECF No. 45.) Defendant asks that the Court vacate his twenty-month sentence of imprisonment and impose "a new sentence of time served." (ECF No. 41, PageID.340–341.)

Defendant's motion is denied as moot. Defendant "was released from federal custody on September 20, 2022." (ECF No. 45, PageID.369.) He completed his term of supervised release on

September 20, 2025. The Court is therefore unable to grant Defendant the requested relief regarding his sentence. *See United States v. Behnan*, 624 F. Supp. 3d 865, 869 (E.D. Mich. 2022) ("Defendant's sentence is now effectively unreviewable. His terms of incarceration and supervision have ended."); *Malone v. United States*, No. 2:16-cv-2476, No. 2:08-cr-20146, No. 2:09-cr-20530, 2019 WL 2411448, at *1 (W.D. Tenn. June 7, 2019) ("Because [the movant] is not presently in custody, the Court cannot grant him relief from incarceration," and "[h]is § 2255 motion regarding lowering his term of imprisonment . . . has been rendered moot with his release from BOP custody." (internal citation and quotation marks omitted)); *Booker v. United States*, Cv. No. 2:20-cv-2678-SHM-tmp, Cr. No. 2:09-cr-20002-SHM-2, 2023 WL 5217801, at *2 (W.D. Tenn. Aug. 14, 2023) (denying as moot a § 2255 motion because the movant "is no longer in custody, and the relief Movant seeks can no longer be granted by the Court"); *cf. Navarro-Calderon v. United States*, Cv. No. 2:20-cv-02306-SHL-atc, Cr. No. 2:09-cr-20369-BBD, 2023 WL 6150255, at *3 (W.D. Tenn. Sept. 20, 2023) (denying as moot a § 2255 motion of an individual who served his custodial sentences and was deported, given that the court could not reduce the individual's term of

imprisonment and there was "no relief that a judgment in [his] favor would afford"). Defendant does not show that that he "continue[s] to have an actual injury that is capable of being redressed by a favorable judicial decision." *Behnan*, 624 F. Supp. 3d at 868 (quoting *Demis v. Sniezek*, 558 F.3d 508, 512 (6th Cir. 2009)). Accordingly, Defendant's § 2255 motion (ECF No. 41) is DENIED AS MOOT.

Under 28 U.S.C. § 2253(c)(1)(B), there can be no appeal from a final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B); *see* Fed. R. App. P. 22(b) ("[I]n a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice, or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."). A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Defendant does not make this showing. Accordingly, the Court DENIES a certificate of appealability.

Moreover, the Court concludes that an appeal from this decision cannot be taken in good faith. *See* Fed. R. App. P. 24(a). Accordingly,

3

the Court DENIES Defendant leave to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

Dated: September 23, 2025  s/Judith E. Levy
    Ann Arbor, Michigan  JUDITH E. LEVY
                                            United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2025.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager